# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER ALVAREZ, | : |
| | : CIVIL ACTION NO. 3:18-0670 |
| Plaintiff | : |
| | : (Judge Munley) |
| v. | : |
| | : |
| DAVID J. EBBERT, | : |
| | : |
| Defendants | : |
| | : |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW, THIS 30th DAY OF APRIL, 2019,** for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED.**

2. The Clerk of Court shall **CLOSE** this case.

                                                     **BY THE COURT:**

                                                     s/James M. Munley
                                                   **JUDGE JAMES M. MUNLEY**
                                                   **United States District Judge**